# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0957. ANDRIAN OLDHAM v. JUDY WILDER.

In this civil matter, Andrian Oldham appeals from a trial court order denying her motion (i) to quash a subpoena issued by appellee Judy Wilder's counsel and (ii) for a protective order barring further post-judgment discovery from being sought from her. Wilder has filed a motion to remand this case to the trial court so that she may (i) withdraw the subpoena issued by her counsel and directed to Oldham and (ii) ask the trial court to dismiss as moot Oldham's motion to quash and for a protective order. Wilder's motion is hereby GRANTED. Upon entry of a trial court order disposing of Wilder's motion to dismiss, any party aggrieved by such order may seek further appellate review by either (i) seeking a certificate of immediate review from the trial court and, if one is obtained, by filing an application for interlocutory review in this Court, see OCGA § 5-6-34 (b), or (ii) if the order is subject to immediate review, by filing a timely notice of appeal referencing such order, see OCGA § 5-6-38 (a); *Hickey v. RREF BB SBL Acquisitions*, 336 Ga. App. 411, 412-414 (1) (785 SE2d 72) (2016).

In the event that, within 30 days of the date of this order, Wilder's counsel has not withdrawn the subpoena and filed a motion in the trial court seeking to dismiss Oldham's motion to quash and for a protective order, the trial court is hereby DIRECTED to re-transmit the record to this Court based on the trial court's prior

order denying Oldham's motion, at which point Oldham's appeal from that order will be reinstated.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/28/2022*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*